UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 08-27057-BKC-JKO
CHAPTER 7

STEPHEN MARTIN SADKIN,

    Debtor,
_____/

STEPHEN MARTIN SADKIN,

    Plaintiff,

ADV. PRO. NO.

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

Debtor, STEPHEN MARTIN SADKIN, by and through his undersigned counsel, pursuant to 11 U.S.C. §523, and files this Complaint to Determine Dischargeability of Debt, and states:

1. This is an action to determine dischargeability of debt pursuant to 11 U.S.C. §523. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §157(b). This adversary proceeding is a case proceeding pursuant to 28 U.S.C. §157(b)(2)(B), and (J) and (O).

2. On November 10, 2008, Plaintiff filed a voluntary petition for relief under chapter 7 of title 11, U.S.C.

3.  Defendant, UNITED STATES OF AMERICA, is a creditor of Plaintiff's in the approximate sum of $170,000.00.

4.  Said debt is a result of 1040 Income Taxes for the years 1998 and 2004, for which returns were filed.

5.  Said debt meets the statutory requirement for discharge and therefore, said debt is founded upon a claim from which a discharge in bankruptcy would be a release.

WHEREFORE, Plaintiff respectfully requests this Court enter an Order determining said debts to be dischargeable, and for such other and further relief as may be just.

DATED: 3/10/09 , 2009.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

RAPPAPORT OSBORNE & RAPPAPORT, PL
Attorneys for Debtor
Suite 302, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200

By: _____
    LES S. OSBORNE, ESQUIRE
    Florida Bar No. 823139